IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| BRANNON ARNETT, )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>AUBURN TIMBERLANDS, INC., )<br>and SCOTT FUTCH, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:15cv525-MHT<br>(WO) |

### ORDER

By consent of the parties, it is ORDERED as follows:

(1) The motions to dismiss (doc. nos. 5 & 8) are granted and the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et seq., claim is dismissed.

(2) The motion to remand (doc. no. 6) is granted and this cause is remanded to the Circuit Court of Randolph County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 24th day of July, 2015.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**